MICHAEL J. DUVALL (Bar No. 276994)
michael.duvall@dentons.com
KELLY R. GRAF (Bar No. 301325)
kelly.graf@dentons.com
POOJA L. SHAH (Bar No. 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendant
PAULA'S CHOICE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAULA'S CHOICE, LLC, a Washington limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00182-JWH-JDE<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**<br><br>[Proposed Order Filed Concurrently Herewith] |

PLEASE TAKE NOTICE that the Parties have reached a settlement-in-principle in the above-captioned case.

Accordingly, in light of the settlement, the Parties hereby request through their respective counsel of record that the Court stay all deadlines in this action, including Defendant's responsive pleading deadline which is March 8, 2023. The purpose of the stay is to allow the parties to finalize the settlement agreement and obtain necessary signatures. The Parties anticipate a notice of dismissal being filed within 60 days.

| | | |
|---|---|---|
| 1 | Dated: March 8, 2023 | PACIFIC TRIAL ATTORNEYS |
| 2 | | |
| 3 | | By: */s/ Victoria C. Knowles*<br>      Victoria C. Knowles |
| 4 | | Attorneys for Plaintiff |
| 5 | | ANNETTE CODY |
| 6 | Dated: March 8, 2023 | DENTONS US LLP |
| 7 | | |
| 8 | | By: */s/ Kelly R. Graf*<br>      Kelly R. Graf |
| 9 | | Attorneys for Defendant |
| 10 | | PAULA'S CHOICE, LLC |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: March 8, 2023

DENTONS US LLP

By: */s/ Kelly R. Graf*
    Kelly R. Graf

Attorneys for Defendant
PAULA'S CHOICE, LLC

123327942